864 A.2d 1198

**Ricardo HERBERT, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2004, probable jurisdiction is noted and the order appealed is affirmed.